Justin T. Quinn
Keith J. Miller
ROBINSON MILLER LLC
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400

Christa C. Cottrell, P.C.
Rebecca Fitzpatrick, P.C.
Amelia H. Bailey
(*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000

*Attorneys for Novartis Pharmaceuticals Corporation, Elizabeth McGee, and Shefali Kothari*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CYNTHIA HAM,** | ) |
| Plaintiff, | ) Case No. 2:23-cv-03503-MEF-MAH |
| v. | ) |
| **NOVARTIS INTERNATIONAL AG, NOVARTIS PHARMACEUTICALS CORPORATION, ELIZABETH MCGEE, and SHEFALI KOTHARI** | ) **NOVARTIS PHARMACEUTICALS CORPORATION'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the attorneys of record for Defendant Novartis Pharmaceuticals Corporation ("NPC") state that NPC is an indirect, wholly owned subsidiary of Novartis AG ("Novartis"). Novartis ordinary shares trade on the SIX Swiss

Exchange under the symbol NOVN and its American Depository Shares trade on the New York Stock Exchange under the ticker symbol NVS.

| | |
|---|---|
| DATED:  June 30, 2023 | Respectfully submitted, |
| | s/ Justin T. Quinn |
| | Justin T. Quinn |
| | ROBINSON MILLER LLC |
| | 110 Edison Place, Suite 302 |
| | Newark, NJ 07102 |
| | (973) 690-5400 |
| | |
| | Christa C. Cottrell, P.C. |
| | Rebecca Fitzpatrick, P.C. |
| | Amelia H. Bailey |
| | (*pro hac vice forthcoming*) |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, Illinois  60654 |
| | (312) 862-2000 |
| | |
| | *Attorneys for Novartis Pharmaceuticals Corporation, Elizabeth McGee, and Shefali Kothari* |

## CERTIFICATE OF SERVICE

I certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will provide notice to all users of record.

*s/ Justin T. Quinn*_____
Justin T. Quinn