Justin T. Quinn, Esq.
Keith J. Miller, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.:  (973) 690-5400
Facsimile No.:  (973) 466-2761
jquinn@rwmlegal.com
kmiller@rwmlegal.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA HAM, <br><br>            Plaintiff, <br><br>     v. <br><br> NOVARTIS INTERNATIONAL AG, NOVARTIS PHARMACEUTICALS CORPORATION, ELIZABETH MCGEE, and SHEFALI KOTHARI, et al., <br><br>           Defendants. | Civil Action No.: 23-3503 (MEF) (MAH) <br><br> *Document electronically filed.* <br><br> **APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO L. CIV. R. 6.1(b)** |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for the entry of a Clerk's Order extending the time within which Defendant Novartis Pharmaceuticals Corporation may answer, move, or otherwise respond to the Complaint filed by Plaintiff.  In making this application, it is represented that:

1.      No previous extension has been obtained;

2.      Service of the Summons and Complaint were effectuated upon Defendant Novartis Pharmaceutical Corporation on or about June 19, 2023;

3.      Absent this extension, Defendant Novartis Pharmaceutical Corporation's time to

answer or otherwise respond to the Complaint would be due on July 10, 2023; and

       4.      With this extension, the answer or other response would be due July 24, 2023.

Dated:  July 3, 2023                    ROBINSON MILLER LLC

                                     By:  s/ Justin T. Quinn
                                     Justin T. Quinn
                                     **ROBINSON MILLER LLC**
                                     Ironside Newark
                                     110 Edison Place, Suite 302
                                     Newark, New Jersey 07102
                                     Telephone No.:  (973) 690-5400
                                     Facsimile No.:  (973) 466-2761
                                     jquinn@rwmlegal.com

                                   *Attorneys for Defendants*

The above application be and hereby is **GRANTED**, and Defendant Novartis Pharmaceuticals Corporation's time to answer or otherwise reply to the Complaint is extended for a period of fourteen (14) days, up to and including July 24, 2023, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

Melissa E. Rhoads
Clerk of Court
United States District Court
District of New Jersey

By: _____
        Deputy Clerk

Dated: _____, 2023