Justin T. Quinn, Esq.
Keith J. Miller, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
jquinn@rwmlegal.com
kmiller@rwmlegal.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA HAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS INTERNATIONAL AG, NOVARTIS PHARMACEUTICALS CORPORATION, ELIZABETH MCGEE, and SHEFALI KOTHARI, et al.,<br><br>　　　　　Defendants. | Civil Action No.: 23-3503 (MEF) (MAH)<br><br>*Document electronically filed.*<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO L. CIV. R. 6.1(b)** |

　　　　Application is hereby made pursuant to Local Civil Rule 6.1(b) for the entry of a Clerk's Order extending the time within which Defendants Elizabeth McGee and Shefali Kothari (collectively, "Defendants") may answer, move, or otherwise respond to the Complaint filed by Plaintiff. In making this application, it is represented that:

　　　　1.　　No previous extension has been obtained;

　　　　2.　　Service of the Summons and Complaint were effectuated upon Defendants on or about June 14, 2023;

　　　　3.　　Absent this extension, Defendant Novartis Pharmaceutical Corporation's time to

answer or otherwise respond to the Complaint would be due on July 5, 2023; and

    4.    With this extension, the answer or other response would be due July 19, 2023.

Dated: July 3, 2023　　　　　　　　　　　ROBINSON MILLER LLC

                                          By: s/ Justin T. Quinn
　　　　　　　　　　　　　　　　　　　　　Justin T. Quinn
　　　　　　　　　　　　　　　　　　　　　**ROBINSON MILLER LLC**
　　　　　　　　　　　　　　　　　　　　　Ironside Newark
　　　　　　　　　　　　　　　　　　　　　110 Edison Place, Suite 302
　　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　　Telephone No.: (973) 690-5400
　　　　　　　　　　　　　　　　　　　　　Facsimile No.: (973) 466-2761
　　　　　　　　　　　　　　　　　　　　　jquinn@rwmlegal.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

The above application be and hereby is **GRANTED**, and Defendants Elizabeth McGee's and Shefali Kothari's time to answer or otherwise reply to the Complaint is extended for a period of fourteen (14) days, up to and including July 19, 2023, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

Melissa E. Rhoads
Clerk of Court
United States District Court
District of New Jersey

By: _____
      Deputy Clerk

Dated: _____, 2023