Justin T. Quinn, Esq.
Keith J. Miller, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.:  (973) 690-5400
Facsimile No.:  (973) 466-2761
jquinn@rwmlegal.com
kmiller@rwmlegal.com

*Attorneys for Defendants*
*Novartis Pharmaceuticals Corporation,*
*Elizabeth McGee, and Shefali Kothari*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA HAM,<br><br>          Plaintiff,<br><br>     v.<br><br>NOVARTIS INTERNATIONAL AG, NOVARTIS PHARMACEUTICALS CORPORATION, ELIZABETH MCGEE, and SHEFALI KOTHARI, et al.,<br><br>          Defendants. | Civil Action No.: 23-3503 (MEF) (MAH)<br><br>*Document electronically filed.*<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for defendants Novartis Pharmaceuticals Corporation, Elizabeth McGee, and Shefali Kothari in the above-captioned action.  Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated:  July 11, 2023                              Respectfully submitted,

                                                                 s/ Keith J. Miller
                                                                 Keith J. Miller
                                                                 **ROBINSON MILLER LLC**

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: (973) 690-5400
Fax: (973) 466-2761
kmiller@rwmlegal.com

*Attorneys for Defendants Novartis Pharmaceuticals Corporation, Elizabeth McGee, and Shefali Kothari*