UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA HAM,<br><br>      *Plaintiff,*<br><br>v.<br><br>NOVARTIS INTERNATIONAL AG, NOVARTIS PHARMACEUTICALS CORPORATION, ELIZABETH MCGEE, and SHEFALI KOTHARI,<br><br>      *Defendants.* | Civil Action No. 23-03503(MEF)(MAH)<br><br>**ORDER** |

The Plaintiff moved to remand this action to state court, and the undersigned referred the motion to United States Magistrate Judge Michael A. Hammer for a Report and Recommendation ("Report").

The Report was issued on October 17. It recommended that the motion be granted.

The Report is well-reasoned and thorough. It provides a close, careful, and persuasive analysis of the governing legal principles and how they apply in this case.

In addition, the Report indicated that objections to it, if any, would need to be filed by a date that has now passed. No objections have been filed.

Given the above, the Court hereby accepts the recommendation reflected in the Report and grants the Plaintiff's motion.

The Court also concurs in the Report's recommendation that the Plaintiff's request for attorneys' fees be denied. That recommendation is also persuasive and, as noted, no objections to the Report have been filed.

IT IS on this 14th day of November, 2023, so **ORDERED**.

                                             _____
                                             Michael E. Farbiarz, U.S.D.J.